UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION, GAINESVILLE DIVISION

| | | | |
|---|---|---|---|
| CASE NUMBER: | 22-51146- SMS | TRUSTEE: | S. GREGORY HAYS |
| CASE NAME: | ODASHA THOMAS | 341 DATE:<br>RESET DATE: | 03/21/2022<br>04/05/2022 |
| JUDGE: | SAGE M. SIGLER | TIME:<br>RESET TIME: | 11:00 AM<br>04:10 PM |

<u>APPEARANCES</u>

| | PRESENT | ABSENT |
|---|---|---|
| DEBTOR 1:<br>Odasha Thomas | ☐ | ☒ |
| DEBTOR 2: | ☐ | ☐ |
| DEBTOR'S ATTORNEY:<br>Aaron Weinberg | ☒ | ☐ |

<u>RESULTS OF MEETING</u>

**Failure of debtor to appear to the first and second 341 Meeting of Creditors.**

**<u>REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR FOR SECOND 341 MEETING</u>**

The undersigned certifies under penalty of perjury that the Debtor has failed twice to appear at the Section 341 Meeting and recommends that a dismissal order be entered against:

| | Debtor | Spouse |
|---|---|---|
| Check appropriate box(es): | ☒ | ☐ |

DATED: July 21, 2022                          /s/ S. Gregory Hays

S. GREGORY HAYS, CHAPTER 7 TRUSTEE